UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JACOBS,<br><br>    Petitioner,<br><br> v.<br><br>WARDEN,<br><br>    Respondent. | Case No. CV 16-02247 SVW (RAO)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, and the Magistrate Judge's Report and Recommendation. On October 20, 2016, the Court received a letter from the Petitioner that the Court construes as the Petitioner's Objections to the Report and Recommendation. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Petitioner objected. The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

///
///
///
///
///

Case 2:16-cv-02247-SVW-RAO   Document 16   Filed 02/01/17   Page 2 of 2   Page ID #:91

IT IS ORDERED that the Petition is denied, and Judgment shall be entered dismissing this action with prejudice.

DATED: 2/1/17

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

2